**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| TERESA A. FRAKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:04-cv-1396-SEB-VSS |
| | ) | |
| JO ANNE B. BARNHART, Commissioner | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Teresa A. Frakes is not entitled to Disability Insurance Benefits based on her application filed on March 22, 2001, is **AFFIRMED.**

Date: 08/15/2005

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Charles D. Hankey, Attorney At Law, 434 E. New York St., Indianapolis, IN 46202
Thomas E. Kieper, Office of the United States Attorney, 10 West Market Street, Suite 2100,
    Indianapolis, IN   46204-3048